IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A. GARDNER,
ADC #110784                                                                                          PLAINTIFF

v.                      No. 5:13-cv-216-DPM-BD

WILLIAM STRAUGHN, Warden, Maximum
Security Unit, ADC; STEVE OUTLAW, Assistant
Warden, Maximum Security Unit, ADC; BARBARA
MATHEWS-GARDNER, Lieutenant, Maximum
Security Unit, ADC; RICHARD CLARK, Sergeant,
Maximum Security Unit, ADC; WERNETHA LYONS,
Sergeant, Maximum Security Unit, ADC; ANGELA
KENNEDY, CO-II, Maximum Security Unit, ADC;
NICOLA KELLY, Sergeant, Maximum Security Unit,
ADC; LANCE L. HALL, Lieutenant, Maximum Security
Unit, ADC; KIETH CROCKET, Sergeant, Maximum
Security Unit, ADC; MICHEAL LOWERY, CO-II,
Maximum Security Unit, ADC                                DEFENDANTS

### ORDER

Motion to dismiss, № 27, granted. Gardner's claims are dismissed without prejudice. His motion to compel, № 24, is denied as moot.

So Ordered.

                                            _____
                                            D.P. Marshall Jr.
                                            United States District Judge

                                            12 December 2013