# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WALLACE A. GARDNER,
ADC #110784                                                    PLAINTIFF

v.                    No. 5:13-cv-216-DPM

WILLIAM STRAUGHN, Warden, Maximum
Security Unit, ADC; STEVE OUTLAW, Assistant
Warden, Maximum Security Unit, ADC; BARBARA
MATHEWS-GARDNER, Lieutenant, Maximum
Security Unit, ADC; RICHARD CLARK, Sergeant,
Maximum Security Unit, ADC; WERNETHA LYONS,
Sergeant, Maximum Security Unit, ADC; ANGELA
KENNEDY, CO-II, Maximum Security Unit, ADC;
NICOLA KELLY, Sergeant, Maximum Security Unit,
ADC; LANCE L. HALL, Lieutenant, Maximum Security
Unit, ADC; KIETH CROCKET, Sergeant, Maximum
Security Unit, ADC; MICHEAL LOWERY, CO-II,
Maximum Security Unit, ADC                                     DEFENDANTS

## JUDGMENT

Gardner's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 December 2013