IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A. GARDNER,
ADC #110784                                                                    PLAINTIFF

v.                         No. 5:13-cv-216-DPM-BD

WILLIAM STRAUGHN, Warden, Maximum
Security Unit, ADC; STEVE OUTLAW, Assistant
Warden, Maximum Security Unit, ADC; BARBARA
MATHEWS-GARDNER, Lieutenant, Maximum
Security Unit, ADC; RICHARD CLARK, Sergeant,
Maximum Security Unit, ADC; WERNETHA LYONS,
Sergeant, Maximum Security Unit, ADC; ANGELA
KENNEDY, CO-II, Maximum Security Unit, ADC;
NICOLA KELLY, Sergeant, Maximum Security Unit,
ADC; LANCE L. HALL, Lieutenant, Maximum Security
Unit, ADC; KIETH CROCKET, Sergeant, Maximum
Security Unit, ADC; MICHEAL LOWERY, CO-II,
Maximum Security Unit, ADC; CHRISTOPHER
GRIFFITH; and CONNIE JENKINS                                      DEFENDANTS

ORDER

Unopposed recommendation, № 38, adopted. FED. R. CIV. P. 72(b)(Advisory Committee Notes to 1983 Addition). Gardner's motion for injunctive relief, № 36, is denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 March 2014