IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A. GARDNER
ADC #110784                                                              PLAINTIFF

v.                      No. 5:13-cv-216-DPM-BD

WILLIAM STRAUGHN, Warden, Maximum
Security Unit, ADC; STEVE OUTLAW, Assistant
Warden, Maximum Security Unit, ADC; BARBARA
MATHEWS-GARDNER, Lieutenant, Maximum
Security Unit, ADC; RICHARD CLARK, Sergeant,
Maximum Security Unit, ADC; WERNETHA LYONS,
Sergeant, Maximum Security Unit, ADC; ANGELA
KENNEDY, CO-II, Maximum Security Unit, ADC;
NICOLA KELLY, Sergeant, Maximum Security Unit,
ADC; LANCE L. HALL, Lieutenant, Maximum Security
Unit, ADC; KIETH CROCKET, Sergeant, Maximum
Security Unit, ADC; MICHEAL LOWERY, CO-II,
Maximum Security Unit, ADC; CHRISTOPHER
GRIFFITH; and CONNIE JENKINS                                              DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommended disposition. № 77; FED. R. CIV. P. 72(b)(3) (1983 Addition to Advisory Committee Notes). Objections, № 78, overruled. Motion, № 68, granted.

So Ordered.

*_____[signature]_____*
D.P. Marshall Jr.
United States District Judge

4 November 2014