IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A. GARDNER,
ADC #110784                                                    PLAINTIFF

v.                              No. 5:13-cv-216-DPM-BD

WILLIAM STRAUGHN, Warden, Maximum
Security Unit, ADC; STEVE OUTLAW, Assistant
Warden, Maximum Security Unit, ADC; BARBARA
MATHEWS-GARDNER, Lieutenant, Maximum
Security Unit, ADC; RICHARD CLARK, Sergeant,
Maximum Security Unit, ADC; WERNETHA LYONS,
Sergeant, Maximum Security Unit, ADC; ANGELA
KENNEDY, CO-II, Maximum Security Unit, ADC;
NICOLA KELLY, Sergeant, Maximum Security Unit,
ADC; LANCE L. HALL, Lieutenant, Maximum Security
Unit, ADC; KEITH CROCKET, Sergeant, Maximum
Security Unit, ADC; MICHEAL LOWERY, CO-II,
Maximum Security Unit, ADC; CHRISTOPHER
GRIFFITH; and CONNIE JENKINS                                   DEFENDANTS

ORDER

1. On *de novo* review, the Court adopts the partial recommendation,

№ *116*, as modified. FED. R. CIV. P. 72(b)(3).

2. The modification: Gardner didn't name Kennedy or Clark in

grievance MX-13-530. *№ 109-3 at 1*. And Clark's investigating that grievance

doesn't equal exhaustion as to him. Gardner had to name Clark in his initial

unit level grievance. № 109-2 at 5. Kennedy and Clark's objection, № 117, is therefore sustained; and Gardner's response, № 118, is overruled.

3. Motion for summary judgment, № 109, granted in part and denied in part. All Gardner's claims stemming from grievance MX-13-1225 — including his claims against Kennedy and Clark — are dismissed without prejudice for failure to exhaust. Gardner's claims against Lowery, Griffin, and Jenkins are dismissed without prejudice for lack of exhaustion too. His claims against Straughn, Outlaw, Matthews-Gardner, Lyons, Kelly, Hall, and Crocket stemming from grievance MX-13-530 remain.

So Ordered.

_WPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

29 July 2016