IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALLACE A. GARDNER,
ADC #110784                                                          PLAINTIFF

v.                           No. 5:13-cv-216-DPM

WILLIAM STRAUGHN, Warden,
Maximum Security Unit, ADC;
STEVE OUTLAW, Assistant Warden,
Maximum Security Unit, ADC;
BARBARA MATHEWS-GARDNER,
Lieutenant, Maximum Security Unit, ADC;
WERNETHA LYONS, Sergeant, Maximum
Security Unit, ADC; NICOLA KELLY,
Sergeant, Maximum Security Unit, ADC;
LANCE L. HALL, Lieutenant, Maximum
Security Unit, ADC; and KIETH CROCKET,
Sergeant, Maximum Security Unit, ADC                                DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's careful recommendation, № 142, and overrules Gardner's objections, № 143. FED. R. CIV. P. 72(b)(3). Defendants' motion for summary judgment, № 121, is granted. Gardner's claims against Straughn, Outlaw, Mathews-Gardner, Lyons, Kelly, Hall, and Crocket will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 May 2017