# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WALLACE A. GARDNER,
ADC #110784                                                                PLAINTIFF

v.                              No. 5:13-cv-216-DPM

WILLIAM STRAUGHN, Warden, Maximum
Security Unit, ADC; STEVE OUTLAW, Assistant
Warden, Maximum Security Unit, ADC; BARBARA
MATHEWS-GARDNER, Lieutenant, Maximum
Security Unit, ADC; RICHARD CLARK, Sergeant,
Maximum Security Unit, ADC; WERNETHA LYONS,
Sergeant, Maximum Security Unit, ADC; ANGELA
KENNEDY, CO-II, Maximum Security Unit, ADC;
NICOLA KELLY, Sergeant, Maximum Security Unit,
ADC; LANCE L. HALL, Lieutenant, Maximum Security
Unit, ADC; KIETH CROCKET, Sergeant, Maximum
Security Unit, ADC; MICHEAL LOWERY, CO-II,
Maximum Security Unit, ADC; CHRISTOPHER
GRIFFITH; and CONNIE JENKINS                                    DEFENDANTS

## JUDGMENT

1. Gardner's claims against Kennedy, Clark, Lowery, Griffin, and Jenkins are dismissed without prejudice.

2. Gardner's claims against Straughn, Outlaw, Mathews-Gardner, Lyons, Kelly, Hall, and Crocket are dismissed with prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

1 May 2017