# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WALLACE A. GARDNER,
ADC #110784                                                                                    PLAINTIFF

v.                                   No. 5:13-cv-216-DPM

WILLIAM STRAUGHN, Warden, Maximum
Security Unit, ADC; STEVE OUTLAW, Assistant
Warden, Maximum Security Unit, ADC; BARBARA
MATHEWS-GARDNER, Lieutenant, Maximum
Security Unit, ADC; RICHARD CLARK, Sergeant,
Maximum Security Unit, ADC; WERNETHA LYONS,
Sergeant, Maximum Security Unit, ADC; ANGELA
KENNEDY, CO-II, Maximum Security Unit, ADC;
NICOLA KELLY, Sergeant, Maximum Security Unit,
ADC; LANCE L. HALL, Lieutenant, Maximum Security
Unit, ADC; KIETH CROCKET, Sergeant, Maximum
Security Unit, ADC; MICHEAL LOWERY, CO-II,
Maximum Security Unit, ADC; CHRISTOPHER
GRIFFITH; and CONNIE JENKINS                                                      DEFENDANTS

## ORDER

Gardner moves to proceed *in forma pauperis* on appeal; but he's now a three-striker. 28 U.S.C. § 1915(g). Before filing this appeal, he had at least three cases dismissed for failing to state a claim. № 149 at 2. And there's no indication Gardner is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His application to proceed *in forma pauperis* on appeal, № 147, is

therefore denied. If Gardner wants to pursue this appeal, then he must pay the $505.00 appellate filing and docketing fees or file a motion with the United States Court of Appeals for the Eighth Circuit.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2017